UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 14-9110 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| ROXANNE ROEILCHEN | : | |

    The Court orders the defendant, __Roxanne Roeilcher__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

_____      _____7/3/14_____
DEFENDANT                                           DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____7/3/14_____
DATE

    I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER